Certificate Number: 15317-MSN-DE-021065299

Bankruptcy Case Number: 13-10774



15317-MSN-DE-021065299

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 28, 2013</u>, at <u>11:30</u> o'clock <u>AM PDT</u>, <u>Chiquita Mosley</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Mississippi</u>.

Date:  <u>May 28, 2013</u>

By:  <u>/s/Eunice Kristine Francia</u>

Name:  <u>Eunice Kristine Francia</u>

Title:  <u>Counselor</u>